UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY LORANCE WILLIAMS | CIVIL ACTION NO. 07-237-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SABINE PARISH SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of June, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE